1  MCGREGOR W. SCOTT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

**FILED**
DEC 1 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,            CASE NO. 2:19-CR-226-JAM

12        Plaintiff,
                                         ORDER TO SEAL
13     v.
                                         (UNDER SEAL)
14  PATRICK PRIGMORE,

15        Defendant.

17    The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney
18  Shelley D. Weger to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until
19  the arrest of the defendant or until further order of the Court.

21  Dated: 12/12/19                       _____
                                          Hon. Allison Claire
22                                        U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND             3
[PROPOSED] ORDER