UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
**FILED**
December 19, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-CR-00226-JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PATRICK PRIGMORE, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release PATRICK PRGMORE, Case No. 2:19-CR-00226-JAM, Charge 18 USC § 1040.F, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

__ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

✔ (Other) Dft shall be released at 9:00 AM on 12/20/2019 to Pretrial Services to be transfered to Wellspace, with Pretrial Release Supervision and Conditions of Release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 19, 2019 at 3:50 pm..

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge