McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>PATRICK PRIGMORE,<br><br>                    Defendant. | CASE NO. 2:19-CR-00226 JAM<br><br>STIPULATION AND JOINT REQUEST TO SUPPLEMENT PROTECTIVE ORDER; PROTECTIVE ORDER |

## **STIPULATION**

1. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record (collectively the "parties"), for the reasons set forth below, hereby stipulate and agree, and jointly request that the Court supplement the Protective Order (ECF No. 17) in this case so that the definition of "Protected Materials" includes all government contractor contracts, invoices, and unit price and cost information associated with the installation, maintenance, and deactivation of FEMA trailers provided to Camp Fire victims as temporary housing.

2. This case involves a one count indictment alleging a violation of 18 U.S.C. § 1040(a)(2) – Fraud in Connection with a Major Disaster or Emergency Benefits. The defendant is currently on pre-trial release.

3. On December 26, 2019, the Court entered a protective order pursuant to a stipulation of the parties that restricts the use and dissemination of discovery materials containing personally

MODIFICATION TO PROTECTIVE ORDER         1

identifying information and other confidential information of witnesses and third parties.

4. Since the issuance of the protective order, the United States has received additional information relating to the cost of a FEMA trailer that was provided to the defendant as temporary housing after the Camp Fire. This information consists of documents, such as contract(s) and invoices, that contain unit price and cost information that belong to business entities that were awarded government contracts to install, maintain, and later remove FEMA trailers. The specific details of the contracts and invoices including the unit price and cost information is confidential business information that could cause harm to the respective companies if publicly disclosed.

5. The government intends to produce the documents containing unit price and cost information associated with the provision of FEMA trailers to the Defense Team (as defined in the Protective Order, ECF No. 17) because the information is relevant to determining both the loss amount and restitution.

6. Accordingly, the parties now seek to supplement the Protective Order, ECF No. 17, so that the definition of "Protected Materials" expressly includes all third party documents and unit price and cost information associated with the provision of FEMA trailers. This modification will permit the United States to produce discovery containing confidential business information, while protecting the confidential information of third parties.

7. The Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, Local Rule 141.1, and its general supervisory authority.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

**PROPOSED MODIFICATION TO PROTECTIVE ORDER**

8. All provisions of the Protective Order, ECF No. 17, entered on December 26, 2019, shall remain in full force and effect, however, the definition of Protected Materials in paragraph 9 of the Protective Order is hereby supplemented to also include all third party contracts, invoices, and unit price and cost information associated with the provision of FEMA trailers.

Dated: April 10, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: April 10, 2020

/s/ Douglas Beevers
DOUGLAS BEEVERS
Counsel for Defendant
Patrick Prigmore

IT IS SO FOUND AND ORDERED this 13th day of April, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE