HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
PATRICK PRIGMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICK PRIGMORE,<br><br>          Defendant. | Case No. 2:19-cr-00226-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 9, 2020<br>Time: 9:15 a.m.<br>Judge: Hon. John A Mendez. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Shelley D. Weger, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Patrick Prigmore, that pursuant to the defendant's request, the status conference scheduled for June 9, 2020, at 9:15 a.m., be vacated and the matter continued to June 30, 2020, at 9:15 a.m., and that time be excluded between June 9, 2020 and June 30, 2020, under Local Code T4.

   1.  The parties agree and stipulate, and request that the Court find the following:

      a.  Defense requires more time to investigate mitigation and financial loss issues and to confer with his client regarding these issues and potential resolutions.

      b.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1        c.      The government does not object to the continuance.

2        d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 9, 2020 to June 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 5, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for PATRICK PRIGMORE

DATED: June 5, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney
Attorney for Plaintiff

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of June, 2020.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge