McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00226 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PATRICK PRIGMORE, | DATE: June 30, 2020 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 30, 2020.

2. By this stipulation, defendant now moves to continue the status conference until July 21, 2020 at 9:15 a.m., and to exclude time between June 30, 2020, and July 21, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery in this case consists of approximately 694 Bates-labeled pages of discovery, including investigative reports, FEMA records, and documents obtained from third parties. This discovery has been produced directly to defense counsel.

   b) Counsel for defendant desires additional time to consult with his client regarding the loss amount, to potentially obtain additional information from the government concerning

certain items included in the loss amount, and to discuss potential resolutions with his client. This additional time is further necessary because defense counsel has scheduled leave for approximately one week in July.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 30, 2020 to July 21, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 25, 2020                                     McGREGOR W. SCOTT
                                                                              United States Attorney

                                                                              /s/ SHELLEY D. WEGER
                                                                              SHELLEY D. WEGER
                                                                              Assistant United States Attorney

Dated:  June 25, 2020                                     /s/ DOUGLAS BEEVERS
                                                                              DOUGLAS BEEVERS
                                                                              Counsel for Defendant
                                                                              PATRICK PRIGMORE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of June, 2020.

                                                                              /s/ John A. Mendez
                                                                              THE HONORABLE JOHN A. MENDEZ
                                                                              UNITED STATES DISTRICT COURT JUDGE