UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 26, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK PRIGMORE,<br><br>Defendant. | Case No. 2:19-CR-00226-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  PATRICK PRIGMORE ,
Case No.  2:19-CR-00226-JAM  Charges  18 U.S.C. § 1040(a)(2) , from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $ _____

        \_\_\_\_ Unsecured Appearance Bond $ _____

        \_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_ Appearance Bond with Surety

        \_\_\_\_ Corporate Surety Bail Bond

    **X**  (Other): Defendant sentenced to a term of imprisonment of time served.

Issued at Sacramento, California on January 26, 2021 at 10:55 AM

By: _____
District Judge John A. Mendez