UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK PRIGMORE,<br><br>　　　　　Defendant. | Case No.  2:19-cr-00226-JAM<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  PATRICK PRIGMORE,

Case No.  2:19-cr-00226-JAM, Charge 18 U.S.C. § 3606, from custody for the following reasons:

　　  X   Release on Previously Imposed Supervised Release Conditions

　　_____  Bail Posted in the Sum of $ _____

　　　　_____  Unsecured Appearance Bond $ _____

　　　　_____  Appearance Bond with 10% Deposit

　　　　_____  Appearance Bond with Surety

　　　　_____  Corporate Surety Bail Bond

　　　　_____  (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 1, 2022 at 3:23 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE